# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**RAYMOND FRAZIER,**

      Plaintiff,

                                      **CASE NO.    3:11-CV-419**

**-vs-**

                                        **Judge Timothy S. Black**
                                        **Magistrate Judge Sharon L. Ovington**

**WARDEN, Lebanon Correctional Institution,**

      Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

      **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 16) is **ADOPTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  July 27, 2012                        **JAMES BONINI, CLERK**

                                            By: *s/ M. Rogers*
                                            Deputy Clerk