UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND FRAZIER, | : | Case No. 3:11-cv-419 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| WARDEN, LEBANON | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21); AND (2) DENYING PETITIONER'S DELAYED OBJECTIONS (Doc. 19)**

This civil action is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Sharon L. Ovington. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 19, 2012, submitted a Report and Recommendations. (Doc. 21). Plaintiff did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.[1]

---

[1] This Court previously concluded that Petitioner's habeas petition was barred by the one year statute of limitations. (Doc. 16). Petitioner's delayed objections do not present any basis for re-opening this case.

Accordingly:

1. Petitioner's delayed objections (Doc. 19) are **DENIED**; and

2. This case remains **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/10/12

*Timothy S. Black*
Timothy S. Black
United States District Judge